UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAUVIEL JACKSON,

    Plaintiff,

v.                                          Case No. 3:25-cv-587-AW-HTC

WATSON BRYAN,

    Defendant.
_____/

## ORDER DISMISSING CASE

This case is before the Court based on Plaintiff's civil rights complaint, filed under 42 U.S.C. § 1983 (Doc. 1). This filing was not accompanied by a filing fee or motion to proceed *in forma pauperis*.

Under this Court's local rules, a Plaintiff who files a civil action must simultaneously pay the filing fee or file a motion for leave to proceed *in forma pauperis*. *See* N.D. Fla. Loc. R. 5.3. Plaintiff did neither. Thus, the Court will not consider Plaintiff's filing.

Accordingly, it is ORDERED that:

1. The clerk will enter a judgment that says, "This case is DISMISSED without prejudice for failure to pay the filing fee or file an

*in forma pauperis* motion. This dismissal is without prejudice to Plaintiff's filing a new lawsuit that complies with the local rules."

    2.    The Clerk will then close the file.

SO ORDERED on May 12, 2025.

                                  *s/ Allen Winsor*
                                  United States District Judge